PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Wesley Wykoff   Cr.: 06-00264-001
PACTS #: 44079

Name of Sentencing Judicial Officer: THE HONORABLE STANLEY R. CHESLER

Date of Original Sentence: 08/17/2006

Original Offense: Conspiracy to Manufacture Counterfeit Federal Reserve Notes

Original Sentence: 33 months custody, 3 years supervised release, $100 total special assessment, $50 restitution

Special Conditions: Drug testing and/or treatment, Mental health treatment, DNA collection

Type of Supervision: Supervised Release   Date Supervision Commenced: 07/06/18

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | During a home visit on September 14, 2018, Wykoff admitted using Klonopin days prior and acknowledged he did not have a prescription for it. In addition, during a home visit on October 4, 2018, Wykoff admitted using methamphetamine on two prior occasions. |
| 2 | On October 12, 2018, Wykoff was arrested by members of the Pennsylvania Board of Probation and Parole for violations of his state parole as a result of an altercation with the Hazleton, Pennsylvania Police Department (which occurred a week prior at Lehigh Valley Hospital) and suspected drug use. |
|   | Wykoff remains incarcerated at the State Correctional Institute, located in Frackville, Pennsylvania. |

U.S. Probation Officer Action:

The Probation Office in the Middle District of Pennsylvania has requested no formal action at this time while Wykoff remains in state custody. The Probation Office in the Middle District of Pennsylvania is also requesting a transfer of jurisdiction to address Wykoff's substance and mental health issues upon release from state custody.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 02/25/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time and Transfer of Jurisdiction (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

3/6/19

*[Signature]*

Honorable Stanley R. Chesler,
United States District Court Judge